No. 723. SOUTHWEST POWER Co. *v*. PRICE, ADMINIS-
TRATRIX. May 5, 1930. Petition for writ of certiorari to
the Supreme Court of Arkansas denied. *Messrs. James
B. McDonough* and *Frank M. Kemp* for petitioner.
*Messrs. W. H. Fuller, George M. Porter,* and *Harry P.
Warner* for respondent.

No. 864. GUIVARCH ET AL. *v*. MARYLAND CASUALTY Co.
May 19, 1930. Petition for writ of certiorari to the Cir-
cuit Court of Appeals for the Fifth Circuit, and motion
for leave to proceed *in forma pauperis,* denied. *Mr. Wil-
liam B. Harrell* for petitioners. No appearance for re-
spondent.

No. 766. CARTER ET AL. *v*. UNITED STATES. May 19,
1930. Petition for writ of certiorari to the Circuit Court
of Appeals for the Fifth Circuit denied. *Messrs. Reuben
R. Arnold, T. W. Hardwick, E. K. Wilcox,* and *Lee W.
Branch* for petitioners. *Solicitor General Thacher, As-
sistant Attorney General Luhring, Messrs. Claude R.
Branch, Harry S. Ridgely,* and *W. Marvin Smith* for the
United States.

No. 767. CARTER ET AL. *v*. UNITED STATES. May 19,
1930. Petition for writ of certiorari to the Circuit Court
of Appeals for the Fifth Circuit denied. *Messrs. Reuben
R. Arnold, T. W. Hardwick, E. K. Wilcox,* and *Lee W.
Branch* for petitioners. *Solicitor General Thacher, As-
sistant Attorney General Luhring, Messrs. Claude R.
Branch, Harry S. Ridgely,* and *W. Marvin Smith* for the
United States.